**Order entered November 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00687-CR

**CHRISTY ALLANE RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 064768**

## ORDER

On September 8, 2015, this Court struck the first *Anders* brief filed by counsel because it did not satisfy the requirements of *Anders v. California* and its progeny. Specifically, we noted the brief did not address the trial court's rulings on appellant's pretrial motions, voir dire, the trial court's evidentiary rulings, the jury charges and any objections to them, the sentence imposed, or the sufficiency of trial counsel. We ordered counsel to file either an amended *Anders* brief that addressed the complete trail, including the identified deficiencies, or to file a brief raising issues on the merits. The Court also granted counsel a thirty-day extension of time to file the amended brief. On November 9, 2015, counsel filed a second *Anders* brief. Although the new brief addresses the pretrial motions and the effectiveness of trial counsel, the brief makes no mention of voir dire or the jury charges from both the guilt and punishment phases of trial.

Therefore, we conclude the brief again does not satisfy the requirements of *Anders v. California*. Therefore, in the interest of expediting the appeal, this is the order of the Court.

We **STRIKE** the *Anders* brief filed on November 9, 2015.

We **GRANT** the September 1, 2015 motion of Matthew Hamilton to withdraw as appellant's counsel. We **DIRECT** the Clerk to remove Matthew Hamilton as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant on this appeal and to transmit to this Court the order appointing new counsel with **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brian Gary, Presiding Judge, 397th Judicial District Court; Matthew Hamilton; and the Grayson County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal twenty days from the date of this order or when the order appointing new counsel is received.

/s/     ADA BROWN
          JUSTICE